672 A.2d 769

**Daniel O'DONNELL**

**v.**

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1996.

Decided Feb. 13, 1996.

John Gilbert, Nancy J. Pease, Philadelphia, for S.E.P.T.A.

Thomas Mettee, Philadelphia, for D. O'Donnell.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.